**Electronically Filed
Supreme Court
SCPR-25-0000864
17-DEC-2025
01:55 PM
Dkt. 4 OGP**

SCPR-25-0000864

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE GINA MARIE WATUMULL, Petitioner.

_____

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN IN GOOD STANDING
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Intermediate Court of Appeals Associate Judge Wadsworth,
assigned by reason of vacancy)

Upon consideration of the petition to resign from the practice of law in the State of Hawaiʻi, filed by attorney Gina Marie Watumull (Petitioner), pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), which the court construes as also seeking to retain the paper license as a memento, as authorized by RSCH Rule 1.10(b), and the declarations submitted in support thereof, we conclude that Petitioner has complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition to resign is granted. Petitioner may retain the paper license as a memento.

IT IS FURTHER ORDERED pursuant to RSCH Rule 1.10(g) that Petitioner shall comply with the notice, declaration, and record requirements of RSCH Rule 2.16(a), (b), (d) and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner, attorney number 6345, from the roll of attorneys of the State of Hawai'i, effective with the filing of this order.

DATED:  Honolulu, Hawai'i, December 17, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Clyde J. Wadsworth